IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOSTAFA ARAM AZADPOUR., <br> Plaintiff, <br> v. <br> BLUE SKY SPORTS CENTER, et al., <br> Defendants. | § <br> § <br> § <br> § Civil Case No. 3:17-CV-1335-N-BK <br> § <br> § <br> § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Defendants filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant Brody and Naumann's *Motion to Dismiss* is **GRANTED**, and the claims against them are **DISMISSED WITH PREJUDICE**. The Defendant Entities' *Motion to Dismiss* is **DENIED** as to Plaintiff's Title VII claim and **GRANTED** as to Plaintiff's defamation claim. The Trautman's *Motions to Dismiss* are **GRANTED**. Plaintiff has 21 days from the date of this order to amend his complaint to attempt to state a claim for defamation against the Defendant Entities and the Trautmans. If he does not do so, his defamation claim will be **DISMISSED WITH PREJUDICE**.

SO ORDERED this 19th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE