IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOSTAFA ARAM AZADPOUR<br>    Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:17-CV-01335-N-BK |
| BLUE SKY SPORTS CENTER<br>OF KELLER, et al,<br>    Defendants. | § § § § | |

## **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, with the exception of Plaintiff's Title VII retaliation claim against the Blue Sky Entities, Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

SO ORDERED this 31st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE